**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: __15-cv-00271_____

**MICHAEL SCOTT**, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

**BIG CITY BURRITO, LLC**, a Colorado limited liability company, and **BIG CITY HOLDINGS, INC. d/b/a BIG CITY BURRITO**, a Colorado corporation,

    Defendants.

---

**STIPULATION TO DISMISS ACTION**

---

Plaintiffs Michael Scott ("Plaintiff") and Defendants Big City Burrito, LLC and Big City Holdings, Inc. (collectively "Big City Burrito"), through their counsel, stipulate as follows:

1.    Plaintiff filed this putative class action against Big City Burrito.

2.    Fed. R. Civ. P. 41(a)(1)(A)(ii) allows the parties to stipulate to the dismissal of an action at any time. Rule 23(e) does not limit the right to stipulate to dismissal of this action because it only applies to certified classes, and no class has been certified in this matter. No notice is required to putative class members under Rule 23(e) since the settlement and dismissal of Plaintiff's individual claims does not bind them in any way.

Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Big City Burrito agree that the action shall be dismissed in its entirety and with prejudice with

respect to the claims alleged by Plaintiff individually against Big City Burrito, and without prejudice as to any claims alleged by the putative, uncertified class against Big City Burrito.

Plaintiff and Big City Burrito further agree that each party shall bear his or its own costs and attorney fees.

IT IS SO STIPULATED.

Dated: May 18, 2015                                              Respectfully submitted,

PLAINTIFF Michael Scott,                                DEFENDANT Big City Burrito LLC and
                                                                              DEFENDANT Big City Holdings, Inc.,

  /s/ Patrick H. Peluso
One of Plaintiff's Attorneys                                /s Scott T. Kannady
                                                                              One of Defendants' Attorneys

Steven L. Woodrow
swoodrow@woodrowpeluso.com              Scott T. Kannady
Patrick H. Peluso                                             scott@brownlegal.com
ppeluso@woodrowpeluso.com                    BROWN & KANNADY, LLC
WOODROW & PELUSO, LLC                          2000 South Colorado Blvd.
999 E Mexico Ave., Suite 300                      Denver, Colorado 80222
Denver, Colorado 80210                              Tel: (303) 757-3800
Tel: 720.213.0675                                         Fax: (303) 757-3815
Fax: 303.927.0809

*Attorneys for Plaintiff*                                    *Attorney for Defendants*